UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO (COLUMBUS)

| | |
|---|---|
| RICHARD MONTGOMERY, ) | |
| ) | CIVIL COMPLAINT |
| Plaintiff, ) | |
| ) | Case No. 2:18-cv-01304-EAS-EPD |
| v. ) | |
| ) | **JUDGE EDMUND A. SARGUS** |
| PREMIER RECOVERY GROUP, ) | |
| INC., et al. ) | **MAGISTRATE JUDGE ELIZABETH** |
| ) | **PRESTON DEAVERS** |
| Defendants. ) | |
| ) | **JURY DEMAND** |

## NOTICE OF SETTLEMENT AS TO ENTIRE CASE

Now comes Plaintiff and states that the entire matter has been settled, including the claims against the two parties who were never formally served, Defendants Quinton Smith and Joey Younger. A stipulation of dismissal is expected within 30 days.

Dated: March 5, 2019

## CERTIFICATE OF SERVICE

I, Jonathan Hilton, Esq., do hereby certify that on March 5, 2019, the CM/ECF system caused service upon all counsel of record, and I further caused true and accurate copies of the foregoing papers to be served by first class mail upon:

David Peltan
Peltan Law, PLLC
128 Church St.
East Aurora, New York, 14502
*Counsel for Defendant Premier Recovery Group, Inc., Quinton Smith, and Joey Younger*

By: s/ Jonathan Hilton