## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| RICHARD MONTGOMERY, | ) | |
| | ) | CIVIL COMPLAINT |
| Plaintiff, | ) | |
| | ) | Case No. 2:18-cv-01304-EAS-EPD |
| v. | ) | |
| | ) | **JUDGE EDMUND A. SARGUS** |
| PREMIER RECOVERY GROUP, | ) | |
| INC., et al. | ) | **MAGISTRATE JUDGE ELIZABETH** |
| | ) | **PRESTON DEAVERS** |
| Defendants. | ) | |
| | ) | **JURY DEMAND** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Now come all Parties which have appeared in this action and hereby stipulate

pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii) that this matter is

dismissed.  The dismissal is with prejudice as to Plaza Services, LLC, and will become

with prejudice as to all other defendants after 45 days.

Dated:  April 4, 2019

| | |
|---|---|
| s/ Jonathan Hilton | s/ Martha Brewer Motley (per auth.) |
| Jonathan Hilton (0096049) | Martha Brewer Motley (0083788) |
| HILTON PARKER LLC | Vorys, Sater, Seymour and Pease LLP |
| 10400 Blacklick-Eastern Rd NW, Suite 110 | 52 E. Gay Street |
| Pickerington, OH 43147 | Columbus, OH 43206 |
| Tel: (614) 992-2277 | T: 614-464-5626 |
| Fax: (614) 427-5557 | F: 614-719-5080 |
| jhilton@hiltonparker.com | E: mbmotley@vorys.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| | *Plaza Services, LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2019, I caused a true and correct copy of the
foregoing to be served via the CM/ECF system.

By: s/ Jonathan Hilton